UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-336-D-BM-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| AARON LAMONT RICHARDS | |

On motion of the Defendant, Aaron Lamont Richards, and for good cause shown, it is hereby ORDERED that the document at Docket Entry #52 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This _3_ day of February, 2026.

JAMES C. DEVER III
United States District Judge